

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2014

No. 04-14-00581-CV

Dean **DAVENPORT**, Dillon Water Resources, Ltd., 5D Drilling and Pump Service, Inc., f/k/a Davenport Drilling & Pump Service, Inc., 5D Water Resources, LLC f/k/a Davenport Oper., LLC, Water Exploration Co., Ltd., WAD, Inc., Water Investment Leasing Company,, Appellants

v.

Tom **HALL**, et al.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-03086
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

Appellees/cross-appellants have filed a motion to dismiss this appeal for want of appellate jurisdiction. In their motion, the appellees/cross-appellants state that the trial court granted a motion for new trial. When a motion for new trial is granted, the case is reinstated on the docket of the trial court, and "the court essentially wipes the slate clean and starts over." *Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 563 (Tex. 2005). "An order granting [a] new trial deprives an appellate court of jurisdiction over the appeal." *Yan v. Jiang*, 241 S.W.3d 930, 930 (Tex. App.—Dallas 2008, no pet.).

Appellees/cross-appellants state in their motion that counsel for appellants/cross-appellees are opposed to dismissing this appeal for want of jurisdiction. It is therefore ORDERED that appellants/cross-appellees file a response to the motion to dismiss no later than ten days from the date of this order providing authority to support this court's continuing jurisdiction over this appeal.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2014.



Keith E. Hottle
Clerk of Court